UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:18-cv-22156-UU

ANDRES GOMEZ,

    Plaintiff,

v.

MAR-OCEAN, LLC,
d/b/a OCEAN CADILLAC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear his or its own attorneys' fees, costs and expenses.

Dated this 17th day of December 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Edward S. Polk* |
| Scott R. Dinin, Esq. FBN 97780 | Edward S. Polk, Esq. FBN 239860 |
| SCOTT R. DININ, P.A. | COLE, SCOTT & KISSANE, P.A. |
| 4200 NW 7th Avenue | 9150 South Dadeland Blvd., Suite 1400 |
| Miami, Florida 33127 | Miami, Florida 33156 |
| Tel: (786) 431-1333 | Telephone: (305) 350-5338 |
| Fax: (786) 513-7700 | Facsimile: (305) 373-2294 |
| E-mail: inbox@dininlaw.com | Primary E-mail: edward.polk@csklegal.com, |
| *Counsel for Plaintiff* | danise.townsend@csklegal.com |
| | *Counsel for Defendant* |